**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| JULIAN TONEATTO, | : | No. 46 MAL 2020 |
| | : | |
| Respondent | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| PANKAI SHETH, JAYPRAKASH SHETH, | : | |
| 501 HOSPITALITY MANAGEMENT, LAURA | : | |
| COOPER, JAY SMITH, | : | |
| | : | |
| Petitioners | : | |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 24th day of June, 2020, the Petition for Allowance of Appeal is **DENIED**.